```
1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01144 SI |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION RE: |
| | ) RESCHEDULING INITIAL CASE |
| vs. | ) MANAGEMENT CONFERENCE |
| | ) |
| MICREL, INCORPORATED, a | ) |
| California corporation, | ) |
| | ) |
| Defendant. | |

The parties to the above-captioned action, through counsel, having stipulated that the initial case management conference herein may be rescheduled and so held on October 23, 2009, at 2:30 p.m. ~~2:00~~ p.m.; and

Good cause appearing.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Order on stipulation to reschedule cmc

Page 1