1   David N. Kuhn - State Bar No. 73389
    Attorney-at-Law
2   144 Hagar Avenue
    Piedmont, CA 94611
3   Telephone:  (510) 653-4983
    E-mail:  dnkuhn@pacbell.net
4

5   Attorney for Plaintiff and Counterdefendant
    Gregory Bender

6

    MARK E. MILLER (State Bar #130200)  mmiller@omm.com
7   ANNE E. HUFFSMITH (State Bar #236438) ahuffsmith@omm.com
    O'MELVENY & MYERS LLP
8   Two Embarcadero Center, 28th Floor
    San Francisco, CA  94111-3823
9   Telephone:     (415) 984-8700
    Facsimile:      (415) 984-8701
10

11  Attorneys for Defendant and Counterclaimant
    MICREL, INC.

12

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17  GREGORY BENDER,                        Case No. C09-01144 SI

                        Plaintiff and     **[PROPOSED] SCHEDULING ORDER**
18                      Counterdefendant,

19        v.

20  MICREL, INC.,

21                      Defendant and
                        Counterclaimant.
22

23

24

25

26

27

28

Pursuant to the Court's Order during the parties' October 23, 2009 Case Management Conference, the parties, through their counsel, hereby STIPULATE and AGREE to the below schedule:

| ACTIVITY | PROPOSED DATES |
|---|---|
| Initial disclosures (FRCP 26) | October 16, 2009 |
| Bender to serve Disclosure of Asserted Claims and Infringement Contentions and accompanying documents (Patent L.R. 3-1, 3-2) | November 6, 2009 |
| Last day to amend pleadings | November 27, 2009 |
| Micrel to serve Invalidity Contentions and accompanying documents (Patent L.R. 3-3, 3-4) | December 21, 2009 |
| Parties to exchange Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1) | January 4, 2010 |
| Parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | January 25, 2010 |
| Parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | February 19, 2010 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | March 22, 2010 |
| Case Management Conference | June 11, 2010   at 3 p.m. |
| Bender' Opening Claim Construction Brief and supporting evidence (Patent L.R. 4-5(a)) | August 4, 2010 |
| Micrel's Responsive Claim Construction Brief and supporting evidence (Patent L.R. 4-5(b)) | August 18, 2010 |
| Bender' Reply Claim Construction Brief and supporting evidence (Patent L.R. 4-5(c)) | August 25, 2010 |
| Technology Tutorial Hearing | September 8, 2010   (2hrs @ 3:30 p.m.) |
| Claim construction hearing | September 9, 2010   (2hrs @ 3:30 p.m.) |
| Close of fact discovery | December 3, 2010 |
| Last day to serve expert disclosures and reports (FRCP 26(a)(2)) | January 14, 2011 |
| Last day to serve rebuttal expert reports | February 11, 2011 |
| Close of expert discovery | March 11, 2011 |
| Last day to file dispositive motions | May 20, 2011   hrg: 6/24/11 @ 9 a.m. |
| Pre-trial disclosures (FRCP 26(a)(3)) | December 2, 2011 |
| Final pretrial conference | January 10, 2012 @ 3:30 p.m. |
| Trial | January 30, 2012 @ 8:30 a.m. |

1

2                                          Respectfully submitted,

3     Dated:  October 30, 2009          By:  _____

4                                            David N. Kuhn
                                             Attorney-at-Law
5                                            144 Hagar Avenue
                                             Piedmont, California 94611
6                                            Telephone: (510) 653-4983
                                             Counsel for Plaintiff Gregory Bender

7

8     Dated:  October 30, 2009          By:   /   _____

9                                            Mark E. Miller
                                             O'Melveny & Myers LLP
10                                           Counsel for Defendants and Counterclaimant
                                             MICREL, INC.
11

12

13          Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

14    this document has been obtained from each of the above-listed signatories.

15                                         Respectfully submitted,

16    Dated:  October 30, 2009          By:  _____

17                                            David N. Kuhn
                                             Counsel for Plaintiff Gregory Bender
18

19
            PURSUANT TO STIPULATION IT IS SO ORDERED:
20

21
      Dated:  _____       _____
22
                                              Judge Susan Illston
23                                            United States District Judge

24

25

26

27

28

                                       - 3 -              [PROPOSED] SCHEDULING ORDER
                                                          NO. 3:09-CV-1144