David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff and Counterdefendant
Gregory Bender

MARK E. MILLER (State Bar #130200) mmiller@omm.com
ANNE E. HUFFSMITH (State Bar #236438) ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant and Counterclaimant
MICREL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>MICREL, INC.,<br><br>    Defendant and Counterclaimant. | Case No. C09-01144 SI<br><br>**[PROPOSED] SCHEDULING ORDER** |

Pursuant to the Court's Order during the parties' October 23, 2009 Case Management Conference, the parties, through their counsel, hereby STIPULATE and AGREE to the below schedule:

| ACTIVITY | PROPOSED DATES |
|---|---|
| Initial disclosures (FRCP 26) | October 16, 2009 |
| Bender to serve Disclosure of Asserted Claims and Infringement Contentions and accompanying documents (Patent L.R. 3-1, 3-2) | November 6, 2009 |
| Last day to amend pleadings | November 27, 2009 |
| Micrel to serve Invalidity Contentions and accompanying documents (Patent L.R. 3-3, 3-4) | December 21, 2009 |
| Parties to exchange Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1) | January 4, 2010 |
| Parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | January 25, 2010 |
| Parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | February 19, 2010 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | March 22, 2010 |
| Case Management Conference | June 11, 2010 at 3 p.m. |
| Bender' Opening Claim Construction Brief and supporting evidence (Patent L.R. 4-5(a)) | August 4, 2010 |
| Micrel's Responsive Claim Construction Brief and supporting evidence (Patent L.R. 4-5(b)) | August 18, 2010 |
| Bender' Reply Claim Construction Brief and supporting evidence (Patent L.R. 4-5(c)) | August 25, 2010 |
| Technology Tutorial Hearing | September 8, 2010 (2hrs @ 3:30 p.m.) |
| Claim construction hearing | September 9, 2010 (2hrs @ 3:30 p.m.) |
| Close of fact discovery | December 3, 2010 |
| Last day to serve expert disclosures and reports (FRCP 26(a)(2)) | January 14, 2011 |
| Last day to serve rebuttal expert reports | February 11, 2011 |
| Close of expert discovery | March 11, 2011 |
| Last day to file dispositive motions | May 20, 2011 hrg: 6/24/11 @ 9 a.m. |
| Pre-trial disclosures (FRCP 26(a)(3)) | December 2, 2011 |
| Final pretrial conference | January 10, 2012 @ 3:30 p.m. |
| Trial | January 30, 2012 @ 8:30 a.m. |

- 2 -

[PROPOSED] SCHEDULING ORDER
NO. 3:09-CV-1144

Respectfully submitted,

Dated:  October 30, 2009        By: _____
                                    David N. Kuhn
                                    Attorney-at-Law
                                    144 Hagar Avenue
                                    Piedmont, California 94611
                                    Telephone: (510) 653-4983
                                    Counsel for Plaintiff Gregory Bender


Dated:  October 30, 2009        By:   /   _____
                                    Mark E. Miller
                                    O'Melveny & Myers LLP
                                    Counsel for Defendants and Counterclaimant
                                    MICREL, INC.


Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated:  October 30, 2009        By: _____
                                     David N. Kuhn
                                     Counsel for Plaintiff Gregory Bender


PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: _____        _____
                                          Judge Susan Illston
                                          United States District Judge

- 3 -                        [PROPOSED] SCHEDULING ORDER
                                  NO. 3:09-CV-1144