1   Greg L. Lippetz (State Bar No. 154228)          David N. Kuhn - State Bar No. 73389
    glippetz@jonesday.com                           Attorney-at-Law
2   JONES DAY                                       144 Hagar Avenue
    1755 Embarcadero Road                           Piedmont, CA 94611
3   Palo Alto, CA  94303                            Telephone:  (510)653-4983
    Telephone:     650-739-3939                     E-mail:  dnkuhn@pacbell.net
4   Facsimile:     650-739-3900

5   Attorneys for Defendant Maxim                   Attorney for Plaintiff Gregory Bender
    Integrated Products, Inc.

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   Gregory Bender,                          Case No. C09-01152-SI

13                  Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                               **ORDER EXTENDING DEADLINE**
14          v.                                 **FOR MAXIM TO FILE ITS**
                                               **DISCOVERY MOTION RELATED**
15   Maxim Integrated Products, Inc.,          **TO BENDER'S AMENDED**
                                               **INFRINGEMENT CONTENTIONS**
16                  Defendant.

17

18          Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc.,

19   ("Defendant"), through their respective counsel, hereby make the following stipulation with

20   regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

21          Due to the parties' and counsels' limited availability due to the upcoming holidays, the

22   parties have agreed, and hereby request that the deadline for Defendant to file its discovery

23   motion pursuant to the Court's Order of November 19, 2009 (D.I. 42) be extended until Friday,

24   January 15, 2010.  The parties further stipulate that the Court's order granting Defendant

25   temporary relief from its discovery obligations (D.I. 34) shall remain in place until the dispute is

26   resolved.

27

28

Respectfully submitted,

Dated:  December 28, 2009

Jones Day


By: _____/s/ Gregory Lippetz_____
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:       650-739-3939
    Facsimile:650-739-3900

Counsel for Defendant Maxim Integrated
Products, Inc.


        In accordance with General Order No. 45, Section X(B), the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.


Dated: December 28, 2009

By: _____/s/ David Kuhn_____
    David N. Kuhn
    Attorney-at-Law
    144 Hagar Avenue
    Piedmont, California 94611
    Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____, 20__

By:_____
    THE HON. SUSAN ILLSTON
    United States District Court Judge