Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile:    650-739-3900

Attorneys for Defendant Maxim
Integrated Products, Inc.

David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:  (510)653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                    Plaintiff,<br><br>          v.<br><br>Maxim Integrated Products, Inc.,<br><br>                    Defendant. | Case No. C09-01152-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MAXIM TO FILE ITS DISCOVERY MOTION RELATED TO BENDER'S AMENDED INFRINGEMENT CONTENTIONS** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc., ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

Due to the parties' and counsels' limited availability due to the upcoming holidays, the parties have agreed, and hereby request that the deadline for Defendant to file its discovery motion pursuant to the Court's Order of November 19, 2009 (D.I. 42) be extended until Friday, January 15, 2010.  The parties further stipulate that the Court's order granting Defendant temporary relief from its discovery obligations (D.I. 34) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated:  December 28, 2009          Jones Day


By: _____ /s/ Gregory Lippetz _____
      Greg L. Lippetz
      State Bar No. 154228
      JONES DAY
      Silicon Valley Office
      1755 Embarcadero Road
      Palo Alto, CA  94303
      Telephone:      650-739-3939
      Facsimile:650-739-3900

Counsel for Defendant Maxim Integrated
Products, Inc.


        In accordance with General Order No. 45, Section X(B), the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.

Dated: December 28, 2009          By: _____ /s/ David Kuhn _____
      David N. Kuhn
      Attorney-at-Law
      144 Hagar Avenue
      Piedmont, California 94611
      Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 20__      By: _____
                                        THE HON. SUSAN ILLSTON
                                        United States District Court Judge

-2-