1   MARK E. MILLER (S.B. # 130200) markmiller@omm.com
    ANNE E. HUFFSMITH (S.B. # 236438) ahuffsmith@omm.com
2   O'MELVENY & MYERS LLP
3   Two Embarcadero Center, 28th Floor
    San Francisco, California  94111-3823
4   Telephone:     415.984.8700
    Facsimile:     415.984.8701
5

6   Attorneys for Defendant and Counterclaimant
    MICREL, INC.

7   David N. Kuhn (State Bar #73389)
    Attorney-at-Law
8   144 Hagar Avenue
    Piedmont, CA 94611
9   Telephone:  (510) 653-4983
    E-mail:  dnkuhn@pacbell.net
10

11  Attorney for Plaintiff and Counterdefendant
    GREGORY BENDER

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17  GREGORY BENDER,                         Case No.  C09-01144 SI

18                  Plaintiff and           **STIPULATION AND [PROPOSED]**
                    Counterdefendant,       **ORDER**
19
                v.
20
    MICREL, INC.,
21
                    Defendant and
22                  Counterclaimant.

23

24

25

26

27

28

1     WHEREAS the deadline for Micrel, Inc. to serve Patent L.R. 3-3 and 3-4 Disclosures is

2   currently set for December 21, 2009 (D.E. 29);

3     WHEREAS Micrel's Motion to Strike or Compel Patent L.R. 3-1 Compliant Infringement

4   Contentions is currently pending and will not be heard until February 12, 2010 (D.E. 30 and 36);

5     THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties hereby STIPULATE and

6   AGREE that the deadline for Micrel to serve Patent L.R. 3-3 and 3-4 Disclosures is the **later** of

7   (a) 45 days after Bender serves infringement contentions that comply with Patent L.R. 3-1, OR

8   (b) 14 days after the Court decides Micrel's Motion To Strike or Compel Compliant Infringement

9   Contentions.  The subsequent Patent Local Rules deadlines will follow from the modified Patent

10   L.R. 3-3 and 3-4 deadline.  The declaration required by Civil Local Rule 6-2(a) is attached.  (*See*

11   Huffsmith Declaration.)

                              Respectfully submitted,

12
                         By:  /s/ *Mark E. Miller*
13   Dated:  December 18, 2009        _____
                              Mark E. Miller
14                            O'Melveny & Myers LLP
                              Counsel for Defendant and Counterclaimant
15                            MICREL, INC.

16   Dated:  December 18, 2009   By:     /s/ *David N. Kuhn*
                              _____
                              David N. Kuhn
17                            Attorney-at-Law
                              Counsel for Plaintiff and Counterdefendant
18                            GREGORY BENDER

19     Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

20   this document has been obtained from each of the above-listed signatories.

21                            Respectfully submitted,

22   Dated:  December 18, 2009   By:  /s/ *Anne E. Huffsmith*
                              Anne E. Huffsmith
23                            _____
                              O'Melveny & Myers LLP
24                            Counsel for Defendant and Counterclaimant
                              MICREL, INC.

25

26     PURSUANT TO STIPULATION IT IS SO ORDERED:

27   Dated:  _____      _____

28                              The Honorable Susan Illston
                              United States District Judge