MARK E. MILLER (S.B. # 130200) markmiller@omm.com
ANNE E. HUFFSMITH (S.B. # 236438) ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   415.984.8700
Facsimile:    415.984.8701

Attorneys for Defendant and Counterclaimant
MICREL, INC.

David N. Kuhn (State Bar #73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff and Counterdefendant
GREGORY BENDER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>            Plaintiff and Counterdefendant,<br><br>     v.<br><br>MICREL, INC.,<br><br>            Defendant and Counterclaimant. | Case No.  C09-01144 SI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER                                             CASE NO. C09-01144 SI

1  WHEREAS the deadline for Micrel, Inc. to serve Patent L.R. 3-3 and 3-4 Disclosures is
2  currently set for December 21, 2009 (D.E. 29);

3  WHEREAS Micrel's Motion to Strike or Compel Patent L.R. 3-1 Compliant Infringement
4  Contentions is currently pending and will not be heard until February 12, 2010 (D.E. 30 and 36);

5  THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties hereby STIPULATE and
6  AGREE that the deadline for Micrel to serve Patent L.R. 3-3 and 3-4 Disclosures is the **later** of
7  (a) 45 days after Bender serves infringement contentions that comply with Patent L.R. 3-1, OR
8  (b) 14 days after the Court decides Micrel's Motion To Strike or Compel Compliant Infringement
9  Contentions.  The subsequent Patent Local Rules deadlines will follow from the modified Patent
10 L.R. 3-3 and 3-4 deadline.  The declaration required by Civil Local Rule 6-2(a) is attached.  (*See*
11 Huffsmith Declaration.)

Respectfully submitted,

Dated:  December 18, 2009
By: /s/ *Mark E. Miller*
Mark E. Miller
O'Melveny & Myers LLP
Counsel for Defendant and Counterclaimant
MICREL, INC.

Dated: December 18, 2009   By:   /s/ *David N. Kuhn*
David N. Kuhn
Attorney-at-Law
Counsel for Plaintiff and Counterdefendant
GREGORY BENDER

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated:  December 18, 2009          By:  /s/ *Anne E. Huffsmith*
Anne E. Huffsmith
O'Melveny & Myers LLP
Counsel for Defendant and Counterclaimant
MICREL, INC.

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: _____          _____
The Honorable Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER          - 2 -          CASE NO. C09-01144 SI